Jerry Budin, Esquire
State Bar #88539
LAW OFFICE OF JERRY BUDIN
1500 "J" Street
Modesto, California 95354
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
JORGE VASQUEZ, RUBEN HERNANDEZ
individually and on behalf of
all others similarly-situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VASQUEZ, et al., ) | <u>CONSOLIDATED ACTIONS</u> |
| ) | |
| Plaintiffs, ) | CASE NO. CIV F-02-5624 AWI LJO |
| ) | CASE NO. CIV F-03-5600 AWI LJO |
| vs. ) | |
| ) | |
| JIM AARTMAN, INC., ) | JUDGMENT ON FINDINGS |
| ) | AND RECOMMENDATIONS ON FINAL |
| Defendant. ) | APPROVAL OF STIPULATION AND |
| _____) | SETTLEMENT AGREEMENT |
| RUBEN HERNANDEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JIM AARTMAN, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

In conformance with the Findings and Recommendations of Magistrate Judge Lawrence J. O'Neill filed herein on September 2, 2005 (Doc. 126),

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Findings And Recommendations Of Magistrate Judge Lawrence J. O'Neill are adopted in full;

2. The Stipulation And Settlement Agreement is approved in

1  full;

2     3. Defendant Jim Aartman, Inc. Shall pay attorneys fees and
3  costs in the total sum of $117,496.98 to class counsel, Jerry Budin,
4  subject to the "Notice Of Lien Claim" of Green & Azevedo;

5     4. Defendant Jim Aartman, Inc. shall make payments to the
6  Settlement Class members pursuant to the procedures and formulas set
7  forth in the Stipulation And Settlement Agreement.

8     5. Defendant Jim Aartman, Inc. shall make payments of
9  $10,000.00 each to Class Representatives Jorge Vasquez and Ruben
10 Hernandez for their efforts and services on the behalf of the
11 Classes in this litigation;

12    6. This court shall retain jurisdiction over this matter and
13 the parties for the purpose of enforcing compliance with said
14 Stipulation And Settlement Agreement;

15    7. Upon defendant Jim Aartman Inc.'s satisfaction of its
16 obligations under said Stipulation And Settlement Agreement and the
17 payment of all sums pursuant thereto, plaintiffs' counsel shall
18 notify the court, whereupon this matter shall be dismissed with
19 prejudice.

20

21 IT IS SO ORDERED.

22 **Dated:   September 16, 2005**            **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE