IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VASQUEZ, | CASE NO. CV-F-02-5624 LJO SMS |
| Plaintiff, | ORDER ON MOTION TO ENFORCE JUDGMENT |
| vs. | |
| JIM AARTMAN, INC., et al., | |
| Defendants. / | |
| AND CONSOLIDATED ACTION | |
| _____/ | |

On November 13, 2008, plaintiff filed a Motion to Enforce Judgment requesting that this Court approve disbursement of unpaid class settlement funds.  These consolidated class actions were settled pursuant to a Judgment On Findings And Recommendations On Final Approval Of Stipulation And Settlement Agreement (Doc. 130) entered on September 16, 2005.  Following entry of judgment, the parties began distributing class payments to class members. A small amount of the settlement proceeds, $681.84, remain unpaid because some of the class members cannot be located despite diligent efforts as described in plaintiff's motion.  In addition, one check to a class member Juan C. Torres remains to be sent to Mr. Torres.  This Court retained continuing jurisdiction over this matter  to resolve issues in the settlement.  (Doc. 130, Judgment On Findings And Recommendations On Final Approval Judgement, para. 6.)  Defendant Jim Aartman, Inc. filed a notice of non-objection.  (Doc. 135.)

Based upon the motion, and the non-objection filed by defendant (Doc. 135), and good cause shown, the Court orders as follows.

1. Defendant shall deliver to plaintiff's counsel, Jerry Budin, within five (5) business days of the entry of the order, a valid check payable to Juan C. Torres in the amount of $364.20, if defendant has not already done so.

2. The remaining unpaid settlement funds totaling $681.64 shall be distributed to the Manteca Chapter of the Boys and Girls Club of America within fifteen (15) days of entry of this order.

3. Defendant, through its counsel, shall provide a copy of the check and proof of delivery within one (1) week of the check's delivery to such charity.

4. The parties have fulfilled all obligations relating to the distribution of the settlement funds, no class members shall have any further entitlement to what would have constituted their share of the settlement fund and the case is and shall be fully and finally dismissed with prejudice.

5. This case is closed.

IT IS SO ORDERED.

**Dated:   December 2, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE